UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CYNTHIA THOMAS | CIVIL ACTION NO. 14-cv-2349 |
| VERSUS | JUDGE FOOTE |
| SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Commissioner's **Motion to Dismiss or For Summary Judgment (Doc. 9)** is **granted** and Plaintiff's complaint is **dismissed with prejudice** because it is time barred.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the _1st_ day of _September_, 2015.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE